# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

UNITED STATES OF AMERICA     §

§

vs.     §     NO: WA:25-CR-00197(6)-ADA

§

(6) SIR DALE MARCUS MCNELTON     §

## **ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed March 24, 2026, wherein the defendant (6) SIR DALE MARCUS MCNELTON waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (6) SIR DALE MARCUS MCNELTON to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (6) SIR DALE MARCUS MCNELTON's plea of guilty to Counts One SS (1ss), Three SS (3ss), Four SS (4ss), Five SS (5ss), Six SS (6ss), Seven SS (7ss), Nine SS (9ss), TEN SS (10ss), and Eleven SS (11ss) is accepted.

Signed this 7th day of April, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE